UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-mc-60266-Bloom

In re:
FURSTENBERG FINANCE SAS and
MARC BATTALION,

                Applicants.

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

THE PARTIES HEREBY STIPULATE AND AGREE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced Section 1782 Application for Discovery filed against Responded Litai Assets, LLC ("Litai") is voluntarily dismissed with prejudice.

| | |
|---|---|
| /s Warren E. Gluck | /s/ Jeffrey W. Gutchess |
| Warren E. Gluck | Jeffrey W. Gutchess |
| **HOLLAND & KNIGHT, LLP** | **AXS LAW GROUP, PLLC** |
| 31 West 52nd St. | 2121 NW 2nd Avenue, Suite 201 |
| New York, NY 10019 | Miami, FL 33127 |
| *Counsel for Applicants* | *Counsel for Respondent, Litai Assets, LLC* |

-2-

Dated: May 1, 2019					Respectfully Submitted,

									*/s/ Philip E. Rothschild*
									Philip E. Rothschild, Esq.
									Florida Bar No. 0088536
									Email: phil.rothschild@hklaw.com
									HOLLAND & KNIGHT LLP
									515 East Las Olas Blvd., 12th Floor
									Fort Lauderdale, Florida 33301
									Telephone:	(954)525-1000
									Facsimile:	(954)463-2030

									Warren E. Gluck, Esq.
									(admitted *pro hac vice*)
									Email:	warren.gluck@hklaw.com
									HOLLAND & KNIGHT LLP
									31 W. 52nd St.
									New York, New York 10019
									Telephone:	(212) 513-3200
									Facsimile:	(212) 385-9010

									*Attorneys for Furstenberg Finance SAS and Marc Bataillon*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on May 1, 2019, a true and correct copy of the foregoing was sent via electronic mail through the Court's CM/ECF system to the individuals listed below.

					By:	*/s/ Philip E. Rothschild*
						Philip E. Rothschild

-3-

## SERVICE LIST

Jeffrey W. Gutchess, Esq.
jeff@axslawgroup.com
Brandon Rose, Esq.
brandon@axslawgroup.com
Daniel Tropin, Esq.
dan@axslawgroup.com
AXS Law Group

And

Benjamin H. Brodsky, Esq.
bbrodsky@bfwlegal.com
Albert D. Lichy, Esq.
albert@bfwlegal.com
Brodsky Fotiu-Wojtowicz, PLLC

*Attorneys for the Respondent and Jan-Eric Samuel*