UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-60266-BLOOM/Valle

FURSTENBERG FINANCE SAS, *et al.*,

    Plaintiffs,

v.

LITAI ASSETS LLC,

    Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the Joint Stipulation of Voluntary Dismissal, ECF No. [171] ("Stipulation"), filed on May 1, 2019. The Court has carefully reviewed the Stipulation and the record and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [171]** is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 1, 2019.

                                                                BETH BLOOM
                                                                 UNITED STATES DISTRICT JUDGE

Case No16-cv-60266-BLOOM/Valle

Copies to:
Counsel of Record